UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>    Plaintiff<br><br>v.<br><br>THE CITY OF EVERETT, MASSACHUSETTS and JOHN F. HANLON, GERLY ADRIEN, MICHAEL MARCHESE, WAYNE A. MATEWSKY, PETER A. NAPOLITANO, FRED CAPONE, STEPHANIE MARTINS, ANTHONY DIPIERRO, JIMMY TRI LE, ROSA DIFLORIO, and MICHAEL J. MCLAUGHLIN, in their capacity as Members of the City Council of the City of Everett, Massachusetts<br><br>    Defendants | Civil Action No. 20-CV-11282 (RWZ) |

## **FINAL JUDGMENT**

These matters having come before this court on the parties' Agreement for Judgment, it is hereby adjudged and ordered as follows:

1. Final Judgment shall enter issuing to Cellco Partnership d/b/a Verizon Wireless ("Verizon") Grants of Location to install and operate, in conformance with the petitions for those Grants of Location, small cell wireless equipment on two existing utility poles within the public rights of way of the City of Everett located near: (1) 19 Woodlawn Avenue, Everett, Massachusetts and (2) 27 Vaughan Street, Everett, Massachusetts.

2. By virtue of this Final Judgment and the Agreement for Judgment, the City Council of the City of Everett shall be deemed to have issued the subject Grants of Location without the necessity of further meetings, hearings, or action of any kind by any party.

23089796-v1

3. The January 13, 2020 version of the City's Ordinance Regulating Small Cell Wireless Facilities shall apply to each of Verizon's petitions at issue in this action, as well as to each of the three (3) related Grants of Location for small cell wireless facilities to be located on utility poles within the public rights of way of the City of Everett located adjacent to 47 Winthrop Road, 9 Jefferson Avenue and 182 Springvale Avenue, through initial licensure as required by said Small Cell Ordinance and installation, for which the approved equipment is installed by 12/31/2022. Subsequent to its installation, or for any facility which is not installed by that date, the facilities approved by the five (5) Grants of Location shall be governed by the version of the City's Ordinance Regulating Small Wireless Facilities in effect at the time that any action is required relative thereto, including any request for approval, modification or similar relief. The City agrees to cooperate with Verizon in entering into timely license agreements for the facilities approved by the five Grants of Location.

4. This Judgment shall not be interpreted as waiving Verizon's right to bring future actions challenging the City's Ordinance Regulating Small Cell Wireless Facilities, either on its face or as applied to a particular small cell wireless application or facility.

5. Each party shall bear its own attorneys' fees and costs.

SO ORDERED.

_Rya W. Zobel_
(Zobel, Rya W.)

November 22, 2021

2